IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
EASTERN DIVISION

**AMEN ROGERS,**

    Plaintiff,

v.                               NO. 1:22-cv-01266-JDB-jay

**UNITED PARCEL SERVICE, INC.**          **JURY DEMANDED**

    Defendant.

## JOINT MOTION FOR APPROVAL OF FLSA SETTLEMENT

    Plaintiff Amen Rogers, on behalf of himself and opt-in Plaintiff Krystal Weldon ("Plaintiffs"), and Defendant United Parcel Service, Inc. ("Defendant"), jointly move this Court for an Order approving the settlement of the Plaintiffs' Fair Labor Standards Act ("FLSA") claims. In support of their motion, the parties state that the resolution is a fair and reasonable compromise of all issues in dispute and was achieved in an adversarial context by attorneys who were well equipped to protect each party's rights. In further support of this Motion, the parties file a memorandum of law contemporaneously herewith.

1

Date: August 18, 2023.    Respectfully submitted,

*/s/J. Russ Bryant*
J. Russ Bryant (TN # 33830)
**JACKSON SHIELDS YEISER HOLT OWEN & BRYANT**
262 German Oak Drive
Memphis, Tennessee 38018
(901) 754-8001
*rbryant@jsyc.com*

*Counsel for Plaintiffs*

&

*/s/Gary R. Clark by permission JRB*
Gary R. Clark (IL ARDC #6271092)
**QUARLES & BRADY LLP**
300 North LaSalle Street, Suite 4000
Chicago, IL 60654
T: 312-715-5040
F: 312-715-5155
*gary.clark@quarles.com*

*Counsel for Defendant*

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing was filed electronically on this 18th day of August, 2023. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties listed below. Parties may access this filing through the Court's electronic filing system.

*/s/J. Russ Bryant*
J. Russ Bryant