IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
EASTERN DIVISION

AMEN ROGERS,

    Plaintiff,

v.                                                No. 1:22-cv-01266-JDB-jay

UNITED PARCEL SERVICE, INC.,

    Defendant.

ORDER GRANTING JOINT MOTION FOR APPROVAL OF FLSA SETTLEMENT

Before the Court is the joint motion of the parties for approval of settlement of claims asserted under the Fair Labor Standards Act ("FLSA"). (Docket Entry 20.) In furtherance of this motion, the parties have submitted their proposed settlement agreement for inspection and review by the Court. Having reviewed the joint motion and the proposed settlement agreements, the Court finds the parties' agreement is a fair and reasonable resolution of Plaintiffs' claims. The Court therefore GRANTS the joint motion for FLSA settlement approval. Once the parties file a stipulation of dismissal, the Court can consider entering judgment under Federal Rule of Civil Procedure 41(a)(1)(A)(ii).

IT IS SO ORDERED this 22nd day of August 2023.

                                                    s/ J. DANIEL BREEN
                                                    UNITED STATES DISTRICT JUDGE