UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TENNESSEE
EASTERN DIVISION

---

AMEN ROGERS, Individually and on Behalf of himself and others similarly situated,

    Plaintiff,

v.

UNITED PARCEL SERVICE, INC.,

    Defendant.

JUDGMENT IN A CIVIL CASE

NO. 1:22-cv-01266-JDB-jay

---

IT IS ORDERED AND ADJUDGED that in accordance with the JOINT STIPULATION OF DISMISSAL WITH PREJUDICE entered on November 1, 2023, this cause is hereby DISMISSED.

APPROVED:

s/ J. DANIEL BREEN
UNITED STATES DISTRICT JUDGE

DATE: November 2, 2023

WENDY R. OLIVER
Clerk of Court

s/Blair Moore
(By)   Deputy Clerk